IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:19-cv-390-ECM |
| | ) [WO] |
| OFFICE DEPOT, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On August 19, 2019, the Plaintiff filed an amended complaint (Doc. 25) in accordance with the deadline set by the Uniform Scheduling Order. (Doc. 24). However, the Plaintiff filed the amended complaint without leave of the Court or the opposing party's written consent in contravention of FED.R.CIV.P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."). Accordingly, it is

ORDERED that that the Plaintiff's first amended complaint (Doc. 25) is STRICKEN for the Plaintiff's failure to comply with FED.R.CIV.P. 15.

DONE this 21st day of August, 2019.

/s/   Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE